

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Thomas G. Bruton
Clerk

312-435-5670

Date: 10/30/2025

Case Number: 25cv11837

Case Title: XYZ Corporation v. The Partnerships

Judge: Matthew F. Kennelly

## DOCUMENT NOT IMAGED DUE TO REASON(S) CHECKED BELOW

☐ Sealed or restricted document. (A court order is required to view a sealed or restricted document.)

☐ Too voluminous.

☐ Photographs

☑ Civil bond (A court order is required to view a financial document.)

☐ Criminal bond (A court order is required to view a financial document.)

☐ Miscellaneous (MC) case

☐ Other:

To view the document, you must first obtain the case file at the Clerk's Office. The Clerk's Office is open from 8:30 a.m. to 4:30 p.m. Monday through Friday except for legal holidays. To obtain a copy call the Clerk's Office Copy Desk at 312-435-5699.

Thomas G. Bruton, Clerk

By: /s/ David Jozwiak
    Deputy Clerk

Rev. 11/29/2016